# EXHIBIT 1

OMB No. 1513-0020  (07/31/2015)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY ALCOHOL AND TOBACCO TAX AND TRADE BUREAU APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL (See Instructions and Paperwork Reduction Act Notice on Back) |
|---|---|
| TTB ID 15194001000358 | |
| 1. REP. ID. NO. (If any)   CT 101   OR 02 | |

## PART I - APPLICATION

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required) DSP-NY-15044 | 3. SOURCE OF PRODUCT (Required) ☑ Domestic ☐ Imported | 8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required) CACAO PRIETO, LLC 218 CONOVER ST BROOKLYN NY 11231 WIDOW JANE DISTILLERY (Used on label) |
|---|---|---|
| 4. SERIAL NUMBER (Required) 15WJ10 | 5. TYPE OF PRODUCT (Required) ☐ WINE ☑ DISTILLED SPIRITS ☐ MALT BEVERAGE | |

| 6. BRAND NAME (Required) WIDOW JANE 10 YEAR | 8a. MAILING ADDRESS, IF DIFFERENT |
|---|---|
| 7. FANCIFUL NAME (If any) | |

| 9. EMAIL ADDRESS MICHELE@WIDOWJANE.COM | 10. GRAPE VARIETAL(S) (Wine Only) N/A | 11. FORMULA | 18. TYPE OF APPLICATION (Check applicable box(es)) |
|---|---|---|---|
| 12. NET CONTENTS 750 MILLILITERS 50 MILLILITERS 375 MILLILITERS 200 MILLILITERS | 13. ALCOHOL CONTENT 45.5% | 14. WINE APPELLATION IF ON LABEL | a. ☑ CERTIFICATE OF LABEL APPROVAL b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in ____ only" (Fill in State abbreviation.) |
| 15. WINE VINTAGE DATE IF ON LABEL | 16. PHONE NUMBER (347) 225-0130 | 17. FAX NUMBER | c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ (Fill in amount) d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. ____ |

19. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION 07/13/2015 | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT (Application was e-filed) | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT Michele Clark |
|---|---|---|

## PART III - TTB CERTIFICATE

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 08/05/2015 | *Sarah L. Johnson* |

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

## FOR TTB USE ONLY

**QUALIFICATIONS**

TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.

**EXPIRATION DATE** (if any)

**STATUS**
THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**
STRAIGHT BOURBON WHISKY

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:
Brand (front) or keg collar
Actual Dimensions: 3.2 inches W X 2.6 inches H



**WIDOW JANE**
STRAIGHT BOURBON WHISKEY
AGED 10 YEARS IN AMERICAN OAK

PURE LIMESTONE MINERAL WATER
FROM THE WIDOW JANE MINE - ROSENDALE, NY

| 1 | 1 | 2015 |
|---|---|---|
| BARREL # | BOTTLE # | DATE |

750ML  45.5% ALC/VOL (91 PROOF)

Image Type:
Back
Actual Dimensions: 3.2 inches W X 3.2 inches H

**GOVERNMENT WARNING:**
(1) According to the Surgeon General, women should not drink alcoholic beverages during pregnancy because of the risk of birth defects. (2) Consumption of alcoholic beverages impairs your ability to drive a car or operate machinery, and may cause health problems.

BOTTLED BY
WIDOW JANE
DISTILLERY
BROOKLYN, NY