UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARC BOSHNACK, on behalf of himself and all others similarly situated,

                         Plaintiff,

              -against-                                 19 **CIVIL** 8812 (DLC)

                                                           **JUDGMENT**

WIDOW JANE DISTILLERIES LLC,

                        Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 4, 2020, Defendant's December 13, 2019 motion to dismiss is granted; Judgment is entered for the defendant, and the case is closed.

**Dated:**  New York, New York
          June 5, 2020

                                                       **RUBY J. KRAJICK**
                                                       _____
                                                            **Clerk of Court**
                                          **BY:**
                                                              **Deputy Clerk**